UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

Eastern District of Kentucky
**FILED**

MAY 22 2025

AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.  INDICTMENT NO. 6:25-CR-51-REW
18 U.S.C. 922(u)

**CODY BLAKE MORGAN**

* * * * *

THE GRAND JURY CHARGES:

On or about January 3, 2025, in Laurel County, in the Eastern District of Kentucky,

**CODY BLAKE MORGAN**

did knowingly steal, unlawfully take, and carry away from Center Target Firearms and Indoor Range, a federally licensed firearms dealer, a firearm, specifically, a Taurus Model 605, .357 caliber revolver that was in the licensee's business inventory and that had been shipped and transported in interstate and foreign commerce, all in violation of 18 U.S.C. § 922(u).

A TRUE BILL

███████████████
FOREPERSON

_____
PAUL C. McCAFFERY
ACTING UNITED STATES ATTORNEY

## PENALTY

Not more than 10 years imprisonment, not more than a $250,000 fine, and not more than 3 years supervised release.

**PLUS:**	Mandatory special assessment of $100.

**PLUS:**	Restitution, if applicable.